# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED OCTOBER 9, 2025

## NO. 03-24-00558-CV

**James Powell and Alice Rae "AlRae" Huseman, Appellants**

**v.**

**Shandy Phillip Powell Smith, Appellee**

### APPEAL FROM COUNTY COURT AT LAW NO. 4 OF WILLIAMSON COUNTY
### BEFORE JUSTICES TRIANA, THEOFANIS, AND CRUMP
### AFFIRMED -- OPINION BY JUSTICE CRUMP

This is an appeal from the judgment signed by the trial court on July 24, 2024. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the judgment. Therefore, the Court affirms the trial court's judgment. Appellants shall pay all costs relating to this appeal, both in this Court and in the court below.